NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**CHARLES H. MCKEEHAN,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

―――――――――

2013-3153

―――――――――

Petition for review of the Merit Systems Protection Board in No. AT3330120548-I-1.

―――――――――

**ON MOTION**

―――――――――

**O R D E R**

Charles H. McKeehan moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

MCKEEHAN  v. MSPB                                                    2

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s24